United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  No. 3:23-CR-47-BJD-LLL

**JAMES DARRELL HICKOX**

_____

### Order

The Court has received requests by members of the press to bring laptop computers and tablets into the United States Courthouse for the arraignment scheduled for March 23, 2023 at 2:00 p.m. before the undersigned. Any member of the press may enter the courthouse with a laptop computer or tablet by presenting the Court Security Officers with media credentials. However, there will be no live transmission from the courtroom and no audio or video recording is allowed.

**Ordered** in Jacksonville, Florida, on March 23, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
George T. Fallis, Esquire
William Stephen Hamilton, Assistant United States Attorney
U.S. Marshal
Court Security Officers
Clerk's Office Division Manager