UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                           Case No.: 3:23-cr-47-BJD-LLL

JAMES DARRELL HICKOX

_____

**UNOPPOSED FIRST MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, JAMES DARRELL HICKOX, by and through the undersigned counsel, and moves this Honorable Court for its Order continuing the sentencing herein for 60 days, and states as grounds in support hereof as follows:

1. The case as to Hickox is presently set for sentencing on September 5, 2024, at 9:00 a.m. The co-Defendant Earrey's case was originally set for sentencing on July 24, 2024, but Earrey requested a 60-day continuance ( Doc. 95 ) which was granted by the Court ( Doc. 97). Earrey's case is now set for sentencing on October 1, 2024 ( Doc. 98).

2. The Defendant Hickox is in custody ( Doc. 4 ).

3. The undersigned certifies that the Defendant has authorized this motion.

4. The Defendant Hickox and the undersigned seek a continuance of the sentencing in order to fully investigate and prepare to litigate a significant objection to the calculation of the offense level in the initial disclosure of the Presentence Report ( Doc. 100 ) relating to the scoring of 6 kilograms of suspected fentanyl that is described in paragraph 40 of the initial disclosure of the Presentence Report ( Doc. 100 ). The scoring of this substance, later revealed to be benzocaine, has a very significant effect upon the Defendant's Base Offense Level ( Doc. 100, par. 62).. The defense will need an additional 60 days to investigate this matter alleged to have occurred in Septeimber,

2022, and to locate witnesses and evidence in support of the Defendant Hickox' objection.

4. In addition to above, there is significant mitigation evidence under 18 U.S.C 3553(a)(1) relating to the Defendant's efforts to cooperate with the Government that will require an additional 60 days to be developed for presentation and consideration by the Court.

5. The undersigned counsel has conferred with the prosecutor, William S. Hamilton, AUSA, who has no objection to the granting of the instant motion.

6. The instant motion is made in good faith and not for purposes of delay.    .

WHEREFORE, the Defendant moves to continue the sentencing herein for 60 days for the reasons set forth herein.

## MEMORANDUM OF LAW
## IN SUPPORT OF MOTION

The granting of a continuance lies within the discretion of the trial court. United States v. Euceda-Hernandez, 768 F.2d 1307 (11th Cir. 1985). The instant motion is submitted pursuant to Fed. R. Crim. P. 45 (b)(1)(a) and Local Rule 3.08(a), which provides that a party " must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict." . The undersigned respectfully submits that good cause for the continuance is set forth above.

Respectfully submitted,

By  s/ *Daniel A. Smith, Esquire*
Daniel A. Smith, Esquire
Florida Bar No.: 270148
Attorney for Defendant
2064 Park Street
Jacksonville, Florida 32204
(904) 384-2500
dansmithlawoffice@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                              *s/ Daniel A. Smith, Esquire*
                                              Daniel A. Smith, Esquire
                                              Florida Bar No.: 270148
                                              Attorney for Defendant
                                              2064 Park Street
                                              Jacksonville, Florida 32204
                                              (904) 384-2500
                                              dansmithlawoffice@gmail.com