UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-47-WWB-LLL

JAMES DARRELL HICKOX

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

1. Defendant James Darrell Hickox (Hickox) is currently scheduled for a sentencing hearing on December 4, 2024 at 1:30pm in the Jacksonville federal courthouse. Doc. 104. His co-defendant, Joshua Grady Earrey, is scheduled for sentencing on February 7, 2025 at 9:00am in the Jacksonville federal courthouse. Doc. 107.

2. Undersigned counsel for the United States is expected to be a testimonial witness in a non-criminal trial outside of the Middle District of Florida, and his presence is required for the entire trial. The trial relates to a personal matter. The trial itself is scheduled to commence on December 3, 2024, and to conclude on December 5, 2024. Undersigned counsel expects to be called upon to testify, or to be available to testify, for the duration of the trial. Unfortunately, this trial overlaps the sentencing hearing scheduled for defendant Hickox.

3. Based on this scheduling conflict and undersigned counsel's

mandatory presence at the out-of-District trial, the United States respectfully requests that the defendant's sentencing hearing be continued for a period of one month. Because the continuance is requested not for the purpose of delay but solely to resolve the conflict detailed above, a continuance of less than one month would also resolve the issue.

4. Undersigned counsel does not believe that having another Assistant U.S. Attorney cover the sentencing hearing in lieu of a continuance is a practical option. The facts underlying the prosecution and sentencing are complex and involve voluminous evidence, and there are no other AUSAs who have a substantial level of familiarity with the investigation. The sentencing hearing itself is expected to be complex, involving the presentation of witness testimony and several exhibits, and is projected to take approximately two hours. Additionally, all Jacksonville AUSAs have recused themselves from the matter and are therefore unable to provide coverage.

5. Undersigned counsel has corresponded with Daniel Smith, Esquire, counsel for defendant Hickox. Attorney Smith has authorized me to represent to the Court that he does not object to the requested continuance, but also requests that the continuance be for a period of no more than one month.

6. This is the United States' first motion for a continuance in the instant case. This motion is made not for the purpose of delay, but to resolve

the scheduling conflict while ensuring that the United States' ability to advocate at the sentencing hearing is not prejudiced by substituting an AUSA with limited familiarity with a highly complex matter.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ William S. Hamilton*
        WILLIAM S. HAMILTON
        Assistant United States Attorney
        Florida Bar No. 95045
        35 SE 1st Avenue, Suite 300
        Ocala, Florida 34471
        Telephone:  (352) 547-3600
        Facsimile:   (352) 547-3623
        E-mail:william.s.hamilton@usdoj.gov

U.S. v. James Darrell Hickox        Case No. 3:23-cr-47-WWB-LLL

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Daniel Smith, Esquire
    Warren Lindsey, Esquire
    Bryan DeMaggio, Esquire

By:     */s/ William S. Hamilton*
           WILLIAM S. HAMILTON
           Assistant United States Attorney
           Florida Bar No. 95045
           35 SE 1st Avenue, Suite 300
           Ocala, Florida 34471
           Telephone:  (352) 547-3600
           Facsimile:   (352) 547-3623
           E-mail:william.s.hamilton@usdoj.gov