UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE No.   3:23-cr-47-WWB-LLL

JAMES DARRELL HICKOX

### UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorney, files this unopposed motion seeking a one-day extension of time within which to file a sentencing memorandum/motion.  In support of the extension motion, the United States offers the following:

On November 21, 2024, the Court scheduled a sentencing hearing for defendant Hickox at 9:00am on January 27, 2025 at the Jacksonville Federal Courthouse.  Doc. 116.  The order provided that all motions or memoranda the parties would like the Court to consider shall be filed no later than January 20, 2025, one calendar week before the sentencing hearing.  *Id.*

Undersigned counsel expects to continue work on the United States' sentencing memorandum over the coming weekend.  However, because January 20, 2025 is a federal holiday, undersigned counsel expects to have limited to no access to the office on the listed deadline, primarily due to

childcare obligations and scheduled daycare closures related to the holiday.

Due to the above concerns, and to ensure that undersigned counsel is able to comply with all deadlines set by the Court, the United States respectfully requests that the Court extend the deadline for the filing of sentencing memoranda or motions by one day and require that said filings be made no later than Tuesday, January 21, 2025. Undersigned counsel does not intend to request any additional extension.

Undersigned counsel has corresponded with Daniel A. Smith, Esq., counsel for defendant Hickox, who has authorized me to represent to the Court that he does not object to the requested one-day extension of the filing deadline.

                              Respectfully submitted,

                              ROGER B. HANDBERG
                              United States Attorney

By:   */s/ William S. Hamilton*
        William S. Hamilton
        Assistant United States Attorney
        Florida Bar No. 95045
        35 SE 1st Avenue, Suite 300
        Ocala, Florida 34471
        Telephone: (352) 547-3600
        Facsimile: (352) 547-3623
        E-mail:william.s.hamilton@usdoj.gov

United States v. Hickox	Case No. 3:23-cr-47-WWB-LLL

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a true and correct copy of the foregoing document and the notice of electronic filing was electronically filed in the CM/ECF system, which resulted in an accurate copy being submitted to the following party:

Daniel A. Smith, Esq. (counsel for Hickox)

*s/ William S. Hamilton*
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail:william.s.hamilton@usdoj.gov