UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:23-cr-47-WWB-LLL-1

JAMES DARRELL HICKOX
_____/

**DEFENDANT'S UNOPPOSED MOTION
TO FILE 'POSITION OF THE DEFENDANT
WITH RESPECT TO SENTENCING
FACTORS AND INCORPORATED
SENTENCING MEMORANDUM' UNDER SEAL**

The Defendant, JAMES DARRELL HICKOX, by and through undersigned counsel, hereby moves this Honorable Court for an Order granting leave to file his 'Position of the Defendant With Respect to Sentencing Factors and Incorporated Sentencing Memorandum' (herein "Sentencing Memorandum") and its attachments under seal, and as grounds therefor would show:

1. The Defendant's Sentencing Memorandum and attachments contain sensitive medical and personal information about the Defendant and his family.

2. The sealing of the Defendant's Sentencing Memorandum and attachments is necessary to protect this sensitive information from public scrutiny if the documents were to become public.

3. Undersigned counsel has conferred with Assistant United States Attorney William Hamilton, who has advised he has no objection to the granting of this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order granting him leave to file his Position of the Defendant With Respect to Sentencing Factors and Incorporated Sentencing Memorandum and attachments under seal.

Respectfully submitted this 17th day of January, 2025.

[CERTIFICATE OF SERVICE ON PAGE 4]

Respectfully submitted,

s/Warren W. Lindsey
WARREN W. LINDSEY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207

Co-Counsel for the Defendant.
warren@warrenlindseylaw.com
Florida Bar No. 299111

s/Ashley D. Parker
ASHLEY D. PARKER, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Co-Counsel for the Defendant
ashley@lindseyferryparker.com
Florida Bar No. 112680

s/Daniel A. Smith
Dan Smith
LAW OFFICE OF DANIEL A. SMITH
2064 Park Street
Jacksonville, FL 32204
(w) 904-384-2500
(c) 904-616-3957
Co-Counsel for the Defendant.
dansmithlawoffice@gmail.com
Florida Bar No. 270148

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 17th day of January, 2025, we have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    s/Warren W. Lindsey
    WARREN W. LINDSEY, of
    LINDSEY, FERRY & PARKER, P.A.
    341 N. Maitland Avenue, Suite 130
    Maitland, FL 32751
    *Mail:* P.O. Box 505
    Winter Park, FL 32790
    Telephone: (407) 644-4044
    Facsimile: (407) 599-2207
    Co-Counsel for the Defendant.
    warren@warrenlindseylaw.com
    Florida Bar No. 299111

    s/Ashley D. Parker
    ASHLEY D. PARKER, of
    LINDSEY, FERRY & PARKER, P.A.
    341 N. Maitland Avenue, Suite 130
    Maitland, FL 32751
    *Mail:* P.O. Box 505
    Winter Park, FL 32790
    Telephone: (407) 644-4044
    Facsimile: (407) 599-2207
    Co-Counsel for the Defendant
    ashley@lindseyferryparker.com
    Florida Bar No. 112680

s/Daniel A. Smith
Dan Smith
LAW OFFICE OF DANIEL A. SMITH
2064 Park Street
Jacksonville, FL 32204
(w) 904-384-2500
(c) 904-616-3957
Co-Counsel for the Defendant.
dansmithlawoffice@gmail.com
Florida Bar No. 270148