UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:23-cr-47-WWB-LLL

JAMES DARRELL HICKOX

### GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the United States in the sentencing hearing scheduled for January 27, 2025:

1. Special Agent Christopher Schneider, IRS-CI.

2. Special Agent Angela Hill, FBI.

The United States reserves the right to call additional witnesses during the sentencing hearing, if appropriate.

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

By:   */s/ William S. Hamilton*
       William S. Hamilton
       Assistant United States Attorney
       Florida Bar No.:   0095045
       35 SE 1st Avenue, Suite 300
       Ocala, Florida 34471
       Telephone:   (352) 547-3600
       Facsimile:   (352) 547-3623
       E-mail: william.s.hamilton@usdoj.gov

U.S. v. James Darrell Hickox              Case No. 3:23-cr-47-WWB-LLL

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Daniel A. Smith, Esq.
> Warren Lindsay, Esq.
> Bryan DeMaggio, Esq.

> */s/ William S. Hamilton*
> William S. Hamilton
> Assistant United States Attorney
> Florida Bar No.:   0095045
> 35 SE 1st Avenue, Suite 300
> Ocala, Florida 34471
> Telephone:   (352) 547-3600
> Facsimile:    (352) 547-3623
> E-mail: william.s.hamilton@usdoj.gov