1UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   Case No.   3:23-cr-47-WWB-LLL

    Plaintiff,   ☐
    Government ☒   ☒ Evidentiary
    ☐ Trial
v.   ☐ Other

JAMES DARRELL HICKOX

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Summary Exhibit |
| 2 | | | | Fake DEA Report |
| 3 | | | | Fake DEA Report (Magnified) |
| 4 | | | | Benzocaine Photo (Magnified) |
| 5 | | | | Photo (Tackle Box) |
| 6 | | | | Photo (Fentanyl Reagent Test) |
| 7 | | | | Interview (Audio) |