UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-47(S1)-WWB-LLL

JAMES DARRELL HICKOX

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States' motion for a Preliminary Order of Forfeiture for the following real property to be applied to the outstanding balance of the defendant's $421,218.61 preliminary order of forfeiture for proceeds:

> The real property located at 55015 Countree Life Way, Callahan, Florida 32011, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> PT OF SW1/4 OF SEC 27-3N-25E
>
> APN: 27-3N-25-0000-0003-0120
>
> Owner: James Darrell Hickox and Laura Marie Hickox.

After being fully advised of the relevant facts, the Court finds that the United States is entitled to forfeit the above-identified substitute asset, to be applied to the outstanding balance of the defendant's preliminary order of forfeiture for proceeds.

Accordingly, it is hereby:

**ORDERED** and **ADJUDGED** that for good cause shown, the United States' motion (Doc. 137) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(p), the above-identified real property is hereby forfeited to the United States for disposition according to

law, as a substitute asset in satisfaction of the defendant's preliminary order of forfeiture for proceeds.

The net proceeds from the forfeited real property will be credited towards the satisfaction of the defendant's preliminary order of forfeiture for proceeds. Any remaining net proceeds, after the payment of any valid liens, the satisfaction of the preliminary order of forfeiture for proceeds, and the satisfaction of the defendant's restitution obligation, will be returned to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the preliminary order of forfeiture for proceeds.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on February 6, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Nicole M. Andrejko, AUSA
Counsel of Record